Clint M. WEBB, Respondent,

v.

HERCULES, INC./BURNS PHILIP, INC., and Broadspire, f/k/a Kemper Services, Relators,

and

Twin Cities Bakery Drivers Health & Welfare Fund, Intervenor.

No. A04–1736.

Supreme Court of Minnesota.

Nov. 23, 2004.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 16, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Sam Hanson
Associate Justice

ANDERSON, G. BARRY J., took no part in the consideration or decision of this case.

■

John A. AHLES, Relator,

v.

JOHN A. DALSIN & SONS, Self–Insured, adm'd by Berkley Risk Administrators Company, Respondents,

and

McGrath Sheet Metal/Minneapolis Convention Center, and Zurich North American Insurance Group, Respondents,

and

Sheet Metal # 10 Benefit Fund, Twin Cities Anesthesia Associates, and Minnesota Department of Labor and Industry/VRU, Intervenors.

No. A04–1648.

Supreme Court of Minnesota.

Nov. 23, 2004.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 9, 2004, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (summary dispositions have no precedential value because they do not commit the court to any particular point of view, doing no more than establishing the law of the case).

BY THE COURT:

/s/ G. Barry Anderson
Associate Justice